IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

————————————————

No. 04-70037

————————————————

United States Court of Appeals
Fifth Circuit

**F I L E D**

**July 18, 2005**

Charles R. Fulbruge III
Clerk

RAYMOND LEVI COBB,

Petitioner - Appellant

v.

DOUG DRETKE, DIRECTOR, TEXAS
DEPARTMENT OF CRIMINAL JUSTICE,
CORRECTIONAL INSTITUTIONS DIVISION,

Respondent - Appellee

————————————————
Appeal from the United States District Court for the
Southern District of Texas- Houston Division
(H:04-CV-0696)
————————————————

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

PER CURIAM:*

Petitioner-Appellant Raymond Levi Cobb seeks a certificate

of appealability ("COA") on two issues that the district court

deemed unworthy of appellate review. Cobb seeks a COA from this

Court on two related claims, both of which challenge his death

sentence. Cobb's arguments spring from the testimony of an

expert witness called by the government in the punishment phase

of the trial to testify about the probability that Cobb would

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

commit criminal acts of violence in the future that would constitute a continuing threat to society. Cobb alleges that this witness falsified his credentials and perjured himself when explaining them to the jury. We are inclined to believe that, at most, a simple transcription error occurred, however, we need not decide the issue.

In light of the United States Supreme Court's recent decision in Roper v. Simmons,[1] Texas Governor Rick Perry has commuted Cobb's death sentence to life imprisonment. As Cobb's petition for a COA challenges only his death sentence, and not his underlying conviction, his petition is now moot because Governor Perry has granted him the relief that he requested. PETITION DISMISSED.

---

[1] — U.S. —, 125 S. Ct. 1183 (2005).